In the Matter of EVELYN EPSTEIN, Respondent-Appellant, against FREDERICK G. WEISSER, as Mayor of the Village of Great Neck Estates, et al., Appellants-Respondents.— Cross appeals from an order made in a proceeding instituted pursuant to article 78 of the Civil Practice Act. Appellants-respondents appeal from so much of the order as adjudges part of the village ordinance to be invalid and directs them to receive and consider an application for the construction and operation of a gasoline service station. Respondent-appellant appeals from so much of the order as denies her application to direct the issuance of a permit. Order, insofar as appealed from, reversed on the law, with $50 costs and disbursements, and the petition dismissed, without costs. The ordinance is valid. The use is a potentially dangerous and offensive one, within a category inclusive of saloons and billboards, as to the operation and maintenance of which it is constitutional to require consents of adjoining owners and mortgagees as a prerequisite. (*Cusack Co.* v. *City of Chicago,* 242 U. S. 526, 530; *Matter of Concordia Collegiate Inst.* v. *Miller,* 301 N. Y. 189, 195, 196; *Matter of Green Point Sav. Bank* v. *Zoning Appeals Bd. of Town of Hempstead,* 281 N. Y. 534, 538.) Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ., concur.

■

In the Matter of the Estate of ALFRED C. LEONARD, Deceased. ESTHER C. LEONARD, Individually and as Executrix of ALFRED C. LEONARD, Deceased, Appellant; STATE TAX COMMISSION, Respondent.— Appeal from an order of the Surrogate's Court of Orange County, dated October 30, 1950, which dismissed an appeal taken to the Surrogate, pursuant to section 249-x of the Tax Law, from a *pro forma* order of the said Surrogate's Court, dated August 7, 1950, assessing an estate tax, and which affirmed the said *pro forma* order. The appeal is also taken from the *pro forma* order. Order dated October 30, 1950, unanimously affirmed, with costs, payable out of the estate. No opinion. Appeal from *pro forma* order dismissed, without costs. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [199 Misc. 138.]